THIS OPINION
 HAS NO PRECEDENTIAL VALUE.  IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN
 ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 268(d)(2), SCACR.
THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 
 
 The State, Respondent,
 
 
 
 
 

v.

 
 
 
 
 Quinton
 Daniels, Appellant.
 
 
 
 
 

Appeal From Hampton County
Perry M. Buckner, Circuit Court Judge

Unpublished Opinion No. 2010-UP-053
 Submitted January 4, 2010  Filed January
27, 2010    

APPEAL DISMISSED

 
 
 
 Deputy Chief Appellate Defender Wanda H.
 Carter, of Columbia, for Appellant.
 Attorney General Henry Dargan McMaster, Chief
 Deputy Attorney General John W. McIntosh, and Assistant Deputy Attorney General
 Donald J. Zelenka, of Columbia, Solicitor I. McDuffie Stone, III, of Bluffton,
 for Respondent.
 
 
 

PER CURIAM:  Quinton Daniels appeals his convictions and
 sentences for murder and possession of a firearm during the commission of a
 violent crime.  He contends the trial court erred in excusing a juror who did
 not want to serve for religious reasons without first questioning her if she
 could be impartial.  After a thorough review of the record and counsel's brief
 pursuant to Anders v. California, 386 U.S. 738 (1967), and State v.
 Williams, 305 S.C. 116, 406 S.E.2d 357 (1991), we dismiss[1] Daniels'
 appeal and grant counsel's petition to be relieved. 
APPEAL
 DISMISSED.
SHORT, THOMAS,
 and KONDUROS, JJ., concur.

[1] We decide this case without oral argument pursuant to
 Rule 215, SCACR.